ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Olson #37630<br><br>301 E. Colorado Bl, Ste 502<br><br>Pasadena, CA 91101<br><br>T: 626 224 5619<br><br>E: eric@EJOlsonLaw.com<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*    Debtor Les Klein | FILED<br>JUN 12 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** *Name of* **Los Angeles DIVISION**

| In re:<br><br>LESLIE KLEIN<br><br>Debtor(s). | CASE NO.: 2:23-BK-10990-SK<br>CHAPTER: 11<br>ADVERSARY NO.: 2:23-AP-001153 |
|---|---|
| ROBERT & ESTHER MERMELSTEIN<br><br>Plaintiff(s),<br><br>vs.<br><br>LESLIE KLEIN<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** *(title of motion[1])*: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NON-DISCHARGEABILITY, ETC_____ |

PLEASE TAKE NOTE that the order or judgment titled proposed ORDER ON SSTIPULATION TO EXTEND TIME TO RESOND TO COMPLINT FOR NONDISCHARGEABILITY, ETC_____

was lodged on *(date)* 6/12/23 and is attached. This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.ADV.NOTICE.LODGMENT

Eric J. Olson #37630
EJOlsonLaw
301 E. Colorado Blvd, Ste 520
Pasadena, CA 91101
Tel: 818 245 2246
Cell: 626 224 5619

Email: eric@EJOlsonLaw.com

LODGED
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk
JUN 12 2023

Attorney for Debtor/Defendant Les Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>LESLIE KLEIN, Debtor<br><br>ROBERT & ESTHER MERMELSTEIN<br><br>Plaintiffs<br>v.<br><br>LESLIE KLEIN<br><br>Defendant | Case No. 2:23-bk-10990-SK<br><br>Hon. Sandra Klein<br><br>Ch 11<br><br>AP no. 2:23-ap-01153<br><br>{proposed} ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC. |

ORDER

The Parties having stipulated thereto and good cause appearing, it is ordered that the time for Defendant to respond to Plaintiffs' Complaint for Nondischargeability is extended to July 12, 2023.

_____
Sandra Klein, Bankruptcy Judge

{PROPOSED} ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC                                            1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 E Colorado Blvd, Ste 520, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 6/12/23_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon Sandra Klein 255 E. Temple St, Ste 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __6/12/23_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Jeffrey P. Nolan, Esq (attorney for Trustee) jnolan@pszjlaw.com
Baruch C. Cohen, Esq (attorney for Plaintiffs) bcc4929@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/12/23 | Eric J. Olson | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 2                          F 9021-1.2.ADV.NOTICE.LODGMENT