| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>**KOGAN LAW FIRM, APC**<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br><br>mkogan@koganlawfirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Leslie Klein | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br>------------------------------------------------<br>ROBERT & ESTHER MERMELSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE KLEIN,<br><br>Defendants.<br><br>Debtor(s) | CASE NO.: **2:23-bk-10990-SK**<br><br>Adv. No. **2:23-ap-01153-SK**<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><br>**STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**

was lodged on (*date*) July 24, 2023 and is attached. This order relates to the motion which is docket number _____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT A

Michael S. Kogan, Esq. (SBN 128500)
KOGAN LAW FIRM, APC
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor.<br>_____<br><br>ROBERT & ESTHER MERMELSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>LESLIE KLEIN,<br><br>    Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. No. 2:23-ap-01153-SK<br><br>**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:    August 9, 2023<br>Time:   9:00 a.m.<br>Place:   Courtroom 1575<br><br>**Requested Status Conference Date:**<br>Date:    September 6, 2023<br>Time:   9:00 a.m.<br>Place:   Courtroom 1575 |

    The Court having considered the Stipulation (1) to Extend Time to Respond to Complaint, (2) Withdraw Request for the Clerk to Enter Default, and (3) to Continue Status Conference is entered into by Plaintiff Robert & Esther Mermelstein (the "**Plaintiff**"), and Defendant, Leslie

1 | Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their
2 | respective attorneys, having found that notice is proper, and based upon the Stipulation;
3 | **IT IS HEREBY ORDERED THAT**:
4 | 1.  The Stipulation is approved.
5 | 2.  Defendant's time to respond to the Complaint shall be extended to and including
6 | August 15, 2023.
7 | 3.  The Status Conference for the Complaint shall be continued from August 9, 2023 at
8 | 9:00 a.m. to September 6, 2023 at 9:00 a.m., or _____, 2023 at 9:00 a.m.
9 | 4.  The Request for Default shall be considered withdrawn by Plaintiff, or if a default
10 | has been entered by the Clerk of the Court such default shall be considered vacated and void.
11 | \*\*\*

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 24, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **July 24, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2023 | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

| In re: LESLIE KLEIN | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| Robert & Esther Mermelstein v Leslie Klein | Adv. No. 2:23-ap-01153-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

    Baruch C Cohen (PL) bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
    Michael I. Gottfried (IP) mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
    Nikko Salvatore Stevens (IP) nikko@cym.law, mandi@cym.law
    United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
    Clarisse Young (IP) youngshumaker@smcounsel.com, levern@smcounsel.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

  Hon. Sandra Klein
  U.S. Bankruptcy Court
  255 E. Temple St. #1582
  Los Angeles, CA 90012