Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

FILED & ENTERED

JUL 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY npv    DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor.<br>_____<br>ROBERT & ESTHER MERMELSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>LESLIE KLEIN,<br><br>    Defendant. | Case No. 2:23-bk-10990-SK<br><br>**Chapter 11**<br><br>Adv. No. 2:23-ap-01153-SK<br><br>**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**<br><br><u>**Present Status Conference Date:**</u><br>Date:    **August 9, 2023**<br>Time:    **9:00 a.m.**<br>Place:   **Courtroom 1575**<br><br><u>**Requested Status Conference Date:**</u><br>Date:    **September 6, 2023**<br>Time:    **9:00 a.m.**<br>Place:   **Courtroom 1575** |

      The Court having considered the "Stipulation (1) to Extend Time to Respond to Complaint, (2) Withdraw Request for the Clerk to Enter Default, and (3) to Continue Status Conference" ("Stipulation), Docket #14, entered into by Plaintiff Robert & Esther Mermelstein

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**

(the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, having found that notice is proper, and based upon the Stipulation;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. Defendant's time to respond to the Complaint shall be extended to and including August 15, 2023.

3. The Status Conference for the Complaint is continued from August 9, 2023 at 9:00 a.m. to September 6, 2023 at 9:00 a.m.

4. The Request for Default shall be considered withdrawn by Plaintiff, or if a default has been entered by the Clerk of the Court such default shall be considered vacated and void.

###

Date: July 24, 2023

Sandra R. Klein
United States Bankruptcy Judge

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**