United States Bankruptcy Court

Central District of California

Mermelstein,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01153-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Jul 24, 2023     Form ID: pdf031     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| pla | | Robert & Esther Mermelstein |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael S Kogan | |

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Jul 24, 2023     Form ID: pdf031     Total Noticed: 1

on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Nikko Salvatore Stevens

on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

**FILED & ENTERED**

**JUL 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY npy     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re <br><br> LESLIE KLEIN, <br><br>     Debtor. <br><br> _____ <br><br> ROBERT & ESTHER MERMELSTEIN, <br><br>     Plaintiff, <br><br>  v. <br><br> LESLIE KLEIN, <br><br>     Defendant. | Case No. 2:23-bk-10990-SK <br><br> Chapter 11 <br><br> Adv. No. 2:23-ap-01153-SK <br><br> **ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE** <br><br> **Present Status Conference Date:** <br> Date:     **August 9, 2023** <br> Time:     **9:00 a.m.** <br> Place:     **Courtroom 1575** <br><br> **Requested Status Conference Date:** <br> Date:     **September 6, 2023** <br> Time:     **9:00 a.m.** <br> Place:     **Courtroom 1575** |

The Court having considered the "Stipulation (1) to Extend Time to Respond to Complaint, (2) Withdraw Request for the Clerk to Enter Default, and (3) to Continue Status Conference" ("Stipulation), Docket #14, entered into by Plaintiff Robert & Esther Mermelstein

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**

(the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, having found that notice is proper, and based upon the Stipulation;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. Defendant's time to respond to the Complaint shall be extended to and including August 15, 2023.

3. The Status Conference for the Complaint is continued from August 9, 2023 at 9:00 a.m. to September 6, 2023 at 9:00 a.m.

4. The Request for Default shall be considered withdrawn by Plaintiff, or if a default has been entered by the Clerk of the Court such default shall be considered vacated and void.

###

Date: July 24, 2023

Sandra R. Klein
United States Bankruptcy Judge

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, (2) WITHDRAW REQUEST FOR THE CLERK TO ENTER DEFAULT, AND (3) TO CONTINUE STATUS CONFERENCE**