

**FILED & ENTERED**

**AUG 31 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  may            DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br>Debtor(s),<br><br>Robert & Esther Mermelstein<br><br>Plaintiff(s),<br><br>Vs.<br><br>Leslie Klein<br><br>Defendant(s). | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01153-SK<br><br>**ORDER: 1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND 2) CONTINUING STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date: September 6, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575<br><br>**Hearing on Motion to Dismiss and Status Conference:**<br>Date: October 18, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575 |

On May 12, 2023, Robert and Esther Mermelstein (Plaintiffs), filed a "Complaint for Nondischargeability of Debt . . ." against Leslie Klein (Defendant).  The Court having considered the "Motion for Order Dismissing Certain Causes of Action . . ." (Motion) filed by Defendant on August 14, 2023 [Docket No. 18],

- 1 -

Main Document    Page 2 of 2

IT IS HEREBY ORDERED THAT:

1. The Motion is set for hearing on October 18, 2023, at 9:00 a.m.

2. The deadline for filing an opposition to the Motion is September 8, 2023, at 12:00 p.m. noon.

3. The deadline for filing a reply, if any, to the opposition, is September 15, 2023, at 12:00 p.m. noon.

4. No further briefing will be allowed or considered.

5. The September 6, 2023 status conference is continued to October 18, 2023, at 9:00 a.m.

###

Date: August 31, 2023

Sandra R. Klein
United States Bankruptcy Judge

- 2