# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Adversary Proceeding #: 2:23-ap-01153-SK

*Assigned to:* Sandra R. Klein
*Lead BK Case:* 23-10990
*Lead BK Title:* Leslie Klein
*Lead BK Chapter:* 11
*Demand:* $13481000

*Date Filed:* 05/12/23

*Nature[s] of Suit:* 62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
68 Dischargeability - 523(a)(6), willful and malicious injury
41 Objection / revocation of discharge - 727(c),(d),(e)

*Plaintiff*
-----------------------
**Robert & Esther Mermelstein**              represented by **Baruch C Cohen**
                                             4929 Wilshire Blvd Ste 940
                                             Los Angeles, CA 90010
                                             323-937-4501
                                             Email: bcc@BaruchCohenEsq.com

V.

*Defendant*
-----------------------
**Leslie Klein**                             represented by **Leslie Klein**
322 N. June Street                           PRO SE
Los Angeles, CA 90001
SSN / ITIN: xxx-xx-6944
                                             **Michael S Kogan**
                                             Kogan Law Firm, APC
                                             11500 W. Olympic Blvd., Ste 400
                                             Los Angeles, CA 90064
                                             213-359-1097
                                             Email: mkogan@koganlawfirm.com
                                             *TERMINATED: 10/19/2023*

                                             (See above for address)
                                             *TERMINATED: 07/24/2023*
                                             *LEAD ATTORNEY*

*U.S. Trustee*
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850

Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 10/25/2023 | 31 | Notice of lodgment of Order or Judgment Filed by Defendant Leslie Klein (RE: related document(s)18 Motion to Dismiss Adversary Proceeding *Motion for Order Dismissing Certain Causes of Action in Complaint with proof of service*). (TM) (Entered: 10/26/2023) |
| 10/26/2023 | 32 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry - (1) No copy of proposed order attached to NOL, (2) Requires the docket entry number of motion the order relates to, and (3) Proof of Service requires holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)31 Notice of Lodgment filed by Defendant Leslie Klein) (TM) (Entered: 10/26/2023) |