

**FILED & ENTERED**

**NOV 08 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br><br>Debtor,<br>―――――――――――――――<br>Robert & Esther Mermelstein<br><br>Plaintiffs,<br><br>vs.<br><br>Leslie Klein<br><br>Defendant. | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01153-SK<br><br>**ORDER GRANTING MOTION FOR ORDER DISMISSING CERTAIN CAUSES OF ACTION IN COMPLAINT**<br><br><br>Date: 10/18/23<br>Time: 9:00 a.m.<br>Crtrm: 1575 (via ZoomGov) |

//
//
//
//
//
//
//

- 1 -

On 8/14/23, Leslie Klein (Klein) filed a "Motion for Order Dismissing Certain Causes of Action in Complaint" (Motion). Docket #18. On 9/7/23, Robert and Esther Mermelstein (Mermelsteins) filed an opposition (Opposition) to the Motion, and on 9/11/23 filed a supplement (Supplement). Docket #s 27, 28. On 9/13/23, Klein filed a reply (Reply). Docket #29. The Court held a hearing on the Motion on 10/18/23 at 9:00 a.m. (Hearing). After considering all the pleadings and arguments, the Court ordered as follows:

1. The Motion was GRANTED;
2. The Mermelsteins' Fourth, Fifth, Sixth, Seventh, and Eighth Claims for Relief under 11 U.S.C. §§ 727(a)(2)(A), (a)(2)(B), (a)(3), (a)(4), and (a)(5) were dismissed.

IT IS SO ORDERED.

###

Date: November 8, 2023

Sandra R. Klein
United States Bankruptcy Judge

- 2 -