United States Bankruptcy Court

Central District of California

Mermelstein,

    Plaintiff                                                              Adv. Proc. No. 23-01153-SK

Klein,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| pla | | Robert & Esther Mermelstein |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023                           Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |

District/off: 0973-2                              User: admin                                        Page 2 of 2
Date Rcvd: Nov 09, 2023                           Form ID: pdf031                                    Total Noticed: 1

Nikko Salvatore Stevens
                          on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)

                          ustpregion16.la.ecf@usdoj.gov


TOTAL: 5

1

2

3

4

5

6

7



**FILED & ENTERED**

NOV 08 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may          DEPUTY CLERK**

8

9

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

10

11

12

13

14

15

16

17

18

19

20

| In re: | Case No.: 2:23-bk-10990-SK |
|---|---|
| Leslie Klein, | Chapter: 11 |
| | Adversary No.: 2:23-ap-01153-SK |
| Debtor, | **ORDER GRANTING MOTION FOR ORDER DISMISSING CERTAIN CAUSES OF ACTION IN COMPLAINT** |
| Robert & Esther Mermelstein | |
| Plaintiffs, | |
| vs. | Date:  10/18/23 |
| | Time:  9:00 a.m. |
| Leslie Klein | Crtrm: 1575 (via ZoomGov) |
| Defendant. | |

21

22    //

23    //

24    //

25    //

26    //

27    //

28    //

- 1

On 8/14/23, Leslie Klein (Klein) filed a "Motion for Order Dismissing Certain Causes of Action in Complaint" (Motion).  Docket #18.  On 9/7/23, Robert and Esther Mermelstein (Mermelsteins) filed an opposition (Opposition) to the Motion, and on 9/11/23 filed a supplement (Supplement).  Docket #s 27, 28.  On 9/13/23, Klein filed a reply (Reply).  Docket #29.  The Court held a hearing on the Motion on 10/18/23 at 9:00 a.m. (Hearing).  After considering all the pleadings and arguments, the Court ordered as follows:

1. The Motion was GRANTED;

2. The Mermelsteins' Fourth, Fifth, Sixth, Seventh, and Eighth Claims for Relief under 11 U.S.C. §§ 727(a)(2)(A), (a)(2)(B), (a)(3), (a)(4), and (a)(5) were dismissed.

IT IS SO ORDERED.

### ###

Date: November 8, 2023

Sandra R. Klein
United States Bankruptcy Judge

- 2