# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| In re:<br>Leslie Klein<br><br><div align="right">Debtor(s).</div> | BANKRUPTCY CASE NO.:  2:23–bk–10990–SK<br><br>CHAPTER NO.:  11 |
|---|---|
| Robert & Esther Mermelstein<br><br><div align="right">Plaintiff(s)</div><div align="center">Versus</div>Leslie Klein<br><br><div align="right">Defendant(s)</div> | ADVERSARY NO.:  2:23–ap–01153–SK |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>11–28–2023</u>, a request was filed for the clerk to enter default against defendant(s) **<u>Leslie Klein</u>**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: November 28, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Thais D. May</u>**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                **41 – 40 / TM**