| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>Tel: (323) 937-4501 Fax: (888) 316-6107<br>email: baruchcohen@baruchcohenesq.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN<br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01153-SK<br>CHAPTER: 7 |
|---|---|
| ROBERT & ESTHER MERMELSTEIN<br><br>Plaintiff(s).<br>vs.<br>LESLIE KLEIN<br><br>Defendant(s). | **UNILATERAL STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 12/20/2023<br>TIME: 9:000AM<br>COURTROOM: 1575<br>ADDRESS: 255 E Temple St., Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

|   |   | Yes | No |
|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ | ☐ |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☒ | ☐ |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☒ | ☐ |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☒ | ☐ |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. <u>READINESS FOR TRIAL</u>:

    1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| N/A - DEFENDANT'S DEFAULT ENTERED 11-28-2023. PLAINTIFF WILL MOVE FOR DEFAULT JUDGMENT | |

    2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| N/A - DEFENDANT'S DEFAULT ENTERED 11-28-2023. PLAINTIFF WILL MOVE FOR DEFAULT JUDGMENT | |

    3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| N/A - DEFENDANT'S DEFAULT ENTERED 11-28-2023. PLAINTIFF WILL MOVE FOR DEFAULT JUDGMENT | |

    4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| N/A - DEFENDANT'S DEFAULT ENTERED 11-28-2023. PLAINTIFF WILL MOVE FOR DEFAULT JUDGMENT | |

C. <u>TRIAL TIME</u>:

    1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| N/A - DEFENDANT'S DEFAULT ENTERED 11-28-2023. PLAINTIFF WILL MOVE FOR DEFAULT JUDGMENT | |

    2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| N/A - DEFENDANT'S DEFAULT ENTERED 11-28-2023. PLAINTIFF WILL MOVE FOR DEFAULT JUDGMENT | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 2                                   **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| N/A - DEFENDANT'S DEFAULT ENTERED 11-28-2023. PLAINTIFF WILL MOVE FOR DEFAULT JUDGMENT | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pretrial conference ☐ is ☒ is not requested
Reasons:

Defendant
Pretrial conference ☐ is ☐ is not requested
Reasons:

Plaintiff
Pretrial conference should be set after:
(date) _____

Defendant
Pretrial conference should be set after:
(date) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   NOTHING

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff          Defendant
   ☐ Yes  ☒ No        ☐ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 3                              F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

PLEASE BE MINDFUL OF PLAINTIFF'S COUNSEL'S OBSERVANCE OF JEWISH HOLIDAYS WHEN SCHEDULING MATTERS: SEE ATTACHED,

Respectfully submitted,

Date: 12/06/2023

LAW OFFICE OF BARUCH C. COHEN
Printed name of law firm

/s/ Baruch Cohen
Signature

BARUCH C. COHEN
Printed name

Attorney for: PLAINTIFFS

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 4                                    **F 7016-1.STATUS.REPORT**

Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940  Telephone: (323) 937-4501
Los Angeles, California 90010-3823  Facsimile: (888) 316-6107
Email: baruchcohen@baruchcohenesq.com  bcc4929@gmail.com

December 6, 2023

Re:    **My Unavailability Due to Religious Holidays**

I am an Orthodox Jew, and I observe the Sabbath and all Jewish Holidays. I attended the Rabbinical Seminary of America and was ordained by Yeshiva Torah VeChesed. I have an illustrious family history of Rabbis (son after son) spanning a period of over 500 years, thereafter tracing my family's rabbinic roots to as early as 1070.

Jews have many Jewish Holidays, and a brief description of them follows below.

The Sabbath (also known as "*Shabbos*" is the centerpiece of Jewish life, and has been so since the infancy of our nation. According to the Talmud, Shabbos is equal to all the other commandments. Shabbos is so central to Jewish life that the term "*Shomer Shabbos*" (Sabbath observer) is synonymous with "religious Jew" in common parlance. It is marked by the lighting of Sabbath candles approximately 18 minutes before sunset, however I stop working on Fridays and on the eve of the major Jewish holidays at least 2 hours beforehand.

Since Biblical times the months and years of the Jewish calendar have been established by the cycles of the moon and the sun. The Jewish calendar date begins at sundown of the night beforehand. Thus all major holiday observances begin the night before, as listed below. The exception to this rule is most fast days, which begin at dawn of the date listed (aside for Tisha b'Av and Yom Kippur which also begin the night before). Jewish calendar dates conclude at nightfall.

As a trial attorney, calendaring my observance of major Jewish Holidays is of great importance, and I inform the Courts and opposing counsel of these dates - in advance - so that matters are not scheduled on major Jewish Holidays where work is prohibited by *Halacha* (Jewish Law). As there is a distinction between major and minor Jewish Holidays (ie., when work is prohibited and when work is permitted), I wish to only mark my unavailability of the major Jewish Holidays.[1]

The **major** Jewish holidays (when work is prohibited) in order from the start of the Hebrew calendar are: *Rosh Hashanah, Yom Kippur, Sukkos, Shemini Atzeres, Simchas Torah, Pesach (Passover), Shavuos, & Tisha B'Av*.

1.    **Rosh Hashanah**: The Jewish New Year. It is the anniversary of the creation of Adam and

---

[1] I also do this because I have (unfortunately) seen attorneys misrepresent Jewish Holidays to the Court, and I never want to be accused of fabricating a Jewish Holiday to get out of appearing at a Court hearing.

    Eve, and a day of judgment and coronation of God as king (no work permitted).

2. **Yom Kippur**: The holiest day of the year—the day on which we are closest to G-d and to the quintessence of our own souls. It is the Day of Atonement (no work permitted).

3. **Sukkos**: Commemorating God's sheltering our ancestors as they traveled from Egypt to the Promised Land (no work permitted).

4. **Shemini Atzeres & Simchas Torah**: Simchas Torah celebrates the end and start of the Torah reading cycle. It's combined with Shemini Atzeret for a single day of commemoration in Israel (no work permitted).

5. **Pesach**: Celebrates the deliverance of the Jewish people from slavery in Egypt (no work permitted).

6. **Shavuos**: Marks the giving of the Torah on Mt. Sinai. The Ten Commandments are read in synagogues (no work permitted).

7. **Tisha B'Av**: Commemorates the destruction of the First and Second Temples in Jerusalem. According to tradition, both the were destroyed on this date in 587 BCE and 70 CE (work should be avoided if at all possible).

The **minor** Jewish holidays (when work is permitted) in order from the start of the Hebrew calendar are:

1. **Tu BeShevat**: Celebrates the day that marks the beginning of a "new year" for trees (work permitted).

2. **Chanukah**: Commemorates the rededication of the Temple in Jerusalem after a group of Jewish warriors defeated the occupying mighty Greek armies (work permitted, except Shabbos).

3. **Purim**: Celebrates the deliverance of the Jewish people from the wicked Haman in the days of Queen Esther of Persia (work permitted, but should be avoided if at all possible).

4. **Pesach Sheni**: Celebrates the day prescribed for bringing the Passover sacrifice in the Temple (work permitted).

5. **Lag B'Omer**: Celebrates the anniversary of the passing of the great sage and mystic Rabbi Shimon bar Yochai, author of the Zohar. It also commemorates the end of a plague that raged amongst the Tannaic Sage Rabbi Akiva's thousands of disciples (work permitted).

There are other days in a year when observant Jews fast. Two "Major Fasts" call for a fast from sundown on the day before to sundown on the day itself, and four "Minor Fasts" call for a fast from sunrise to sundown. The Major Fasts are: *Tisha b'Av & Yom Kippur* (described above). The Minor Fasts are: *Ta'anis Esther, Taanis Bechorim, Tzom Gedaliah, Asara b'Teves, & the Seventeenth of Tammuz*. Work is not forbidden on these Minor Fasts.

1. **Ta'anis Esther**: Commemorates the Jews being saved from destruction at the hands of the Persian official, Haman, by the heroic efforts of Queen Esther (work permitted).

2. **Taanis Bechorim**: Commemorates the 10th plague when all the first-born sons of the Egyptians were killed while the Israelites were saved (work permitted).

3. **Tzom Gedaliah**: Commemorates the date that Gedaliah ben Achikam, the Babylonian-appointed Jewish governor of Judah, was killed by other Jews (work permitted).

4. **Asara b'Teves**: Commemorates the date that in the year 3336 from Creation (425 BCE), the armies of the Babylonian emperor Nebuchadnezzar laid siege to Jerusalem (work permitted).

5. **The Seventeenth of Tammuz**: Commemorates the day the Romans breached the walls around Jerusalem, which led to the destruction three weeks later of the Second Temple in 70 C.E (work permitted).

Various minor holidays have been added by the State of Israel to commemorate important events related to the Holocaust and the State of Israel. Some of the most important non-religious holidays in Israel include: *Yom HaShoah* (Holocaust Memorial Day), *Yom HaZikaron* (Israeli Memorial Day), *Yom HaAtzmaut* (Israeli Independence Day), *Yom Yerushalayim* (Jerusalem Day), *Yom HaAliyah* (Aliyah Day). Since these dates are not mandated by *Halacha*, work is not prohibited.

I am also a bereaved parent, as our oldest daughter Hindy died from pediatric cancer at the tender age of 17 ½, after a 2½ illness from Ewing's Sarcoma. I mark her *Yahrtzeit* (anniversary of her death) on the Jewish calendar as a personal day of tragedy, where I fast, go the cemetery and pray for family and friends. While work is not forbidden on a *Yahrtzeit*, I try my best to not schedule any matters on that day.

If you have any questions or comments regarding the above, please do not hesitate to call.

Respectfully,

*Baruch Cohen*

BARUCH C. COHEN
D:\DATA\DOCS\MERMELSTEIN\BCC'S OBSERVANCE OF JEWISH HOLIDAYS 2023 - 2024-2.wpd
12/6-1:20pm

| BCC'S OBSERVANCE OF JEWISH HOLIDAYS 2023 | | |
|---|---|---|
| DATE | MAJOR HOLIDAY - WORK FORBIDDEN | MINOR HOLIDAY - WORK PERMITTED |
| Begins sunset of Friday, September 15, 2023<br>Ends nightfall of Sunday, September 17, 2023 | **Rosh Hashanah** | |
| Wednesday, September 28, 2022 | | Tzom Gedallyah (Fast Day) |
| Begins sunset of Sunday, September 24, 2023<br>Ends nightfall of Monday, September 25, 2023 | **Yom Kippur** | |
| Begins sunset of Friday, September 29, 2023<br>Ends nightfall of Friday, October 6, 2023 | **Sukkos** (1st 2-days) | |
| Begins sunset of Friday, October 6, 2023<br>Ends nightfall of Sunday, October 8, 2023 | **Shemini Atzeres & Simchas Torah** | |
| Begins sunset of Thursday, December 7, 2023<br>Ends nightfall of Friday, December 15, 2023 | | Chanukah |
| Begins sunrise of Friday, December 22, 2023<br>Ends nightfall of Friday, December 22, 2023 | | Fast of Asara b'Teves (Fast Day) |

| BCC'S OBSERVANCE OF JEWISH HOLIDAYS 2024 | | |
|---|---|---|
| DATE | MAJOR HOLIDAY - WORK **FORBIDDEN** | MINOR HOLIDAY - WORK **PERMITTED** |
| Doesn't occur in 2024 | | Fast of Asara b'Teves (Fast Day) |
| Begins sunset Wednesday, January 24, 2024<br>Ends evening Thursday, January 25, 2024 | | Tu BeShevat |
| Begins Sunday evening, March 10, 2024<br>Ends Monday, March 11, 2024 | | **Hindy's 20th Yahrtzeit<br>1 Adar II, 5784** |
| Begins sunset of Saturday, March 23, 2024<br>Ends nightfall of Sunday, March 24, 2024 | | Purim |
| Begins sunset of Monday, April 23, 2024<br>Ends nightfall of Tuesday, April 24, 2024 | **Pesach -Passover** (1st 2–days) | |
| Begins sunset of Monday, April 29, 2024<br>Ends nightfall of Tuesday, April 30, 2024 | **Pesach -Passover** (last 2–days) | |
| Sunday, May 26, 2024 | | Lag B'Omer |
| Begins sunset of Tuesday, June 11, 2024<br>Ends nightfall of Thursday, June 13, 2024 | **Shavuot** | |
| July 23, 2024 | | Fast of the 17th of Tammuz (Fast Day) |
| Begins sunset Monday, August 12, 2024<br>Ends evening Tuesday, Aug 13, 2024 | | Fast of Tish'a B'Av (Fast Day) |
| Begins sunset of Wednesday, October 2, 2024<br>Ends nightfall of Friday, October 4, 2024 | **Rosh Hashanah** | |
| October 6, 2024 | | Tzom Gedallyah (Fast Day) |

| | | |
|---|---|---|
| Begins sunset of Friday, October 11, 2024<br>Ends nightfall of Saturday, October 12, 2024 | **Yom Kippur** | |
| Begins sunset of Wednesday, October 16, 2024<br>Ends nightfall of Wednesday, October 23, 2024 | **Sukkos** (1ˢᵗ 2-days) | |
| Begins sunset of Wednesday, October 23, 2024<br>Ends nightfall of Friday, October 25, 2024 | **Shemini Atzeres & Simchas Torah** | |
| Begins sunset of Wednesday, December 25, 2024<br>Ends nightfall of Thursday, January 2, 2025 | | Chanukah |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/6/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Baruch C Cohen (PL) | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Michael I. Gottfried (IP) | mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com |
| Nikko Salvatore Stevens (IP) | nikko@cym.law, mandi@cym.law |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Clarisse Young (IP) | youngshumaker@smcounsel.com, levern@smcounsel.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On 12/6/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leslie Klein, 322 N. June Street, Los Angeles, CA 90001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/6/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra R. Klein, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/6/2023 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |