

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER **7.00**

APPEAL? ☒ Yes ☐ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **Baruch C. Cohen, Esq.**    Attorney Bar# **159455**
Law Firm: **Law Office of Baruch C. Cohen, APLC**
Mailing Address: **4929 Wilshire Boulevard, Suite 940 Los Angeles, CA 90010**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): **Baruch C. Cohen**
Telephone: ( **323** ) **937-4501**    E-mail: **bcc@baruchcohenesq.com**
Bankruptcy Case #: **2:23-bk-10990-SK**    Adversary Proceeding #/MP #: **2:23-ap-01153-SK**
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **2/14/2024**    Time: **9:00 am**
Debtor: **Leslie Klein**
Adversary Proceeding Name: **ROBERT & ESTHER MERMELSTEIN** vs. **Leslie Klein**
Hearing Judge: **S. Klein**    Courtroom #: **LA 1575**
TRANSCRIBER: **Briggs Reporting**    ALTERNATE: **Ben Hyatt**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☒ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
                ☐ Other* _____ (name of witness)

*Special Instructions: **#s 19 & 20**

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*