

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☒ Yes ☐ No

(File this form on the related case docket)

APPEAL No. _____
(if known)

Ordering Party's Name: Baruch C. Cohen, Esq.        Attorney Bar# 159455

Law Firm: Law Office of Baruch C. Cohen, APLC

Mailing Address: 4929 Wilshire Boulevard, Suite 940 Los Angeles, CA 90010

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**\*\*): Baruch C. Cohen

Telephone: ( 323 ) 937-4501       E-mail: bcc@baruchcohenesq.com

Bankruptcy Case #: 2:23-bk-10990-SK       Adversary Proceeding #/MP #: 2:23-ap-01169-SK

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 2/14/2024   Time: 9:00 am

Debtor: Leslie Klein

Adversary Proceeding Name: DAVID BERGER       vs. Leslie Klein

Hearing Judge: S. Klein       Courtroom #: LA 1575

**TRANSCRIBER:** Briggs Reporting       **ALTERNATE:** Ben Hyatt

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days          ☒ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____ (name of witness)

*Special Instructions: #s 21 & 22

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division:_____ Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*