| ☒ Recording requested by a return to:<br>Baruch C. Cohen, Esq.(SBN 159455)<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, CA 90010<br>(323) 937-4501<br>baruchcohen@baruchcohenesq.com | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: LESLIE KLEIN<br>Debtor | CASE NUMBER   2:23-bk-10990-SK<br>ADVERSARY NUMBER   2:23-ap-01153-SK |
| ROBERT & ESTHER MERMELSTEIN   Plaintiff<br>vs.<br>LESLIE KLEIN   Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

   Leslie Klein

   322 N. June Street

   Los Angeles CA 90001

   ☐ Address Unknown

   b. Driver's License No. _____ ☒ Unknown

   c. Social Security No. _____ ☒ Unknown

2. The Summons was personally served at, or mail to (address):

   Leslie Klein 322 N. June Street Los Angeles CA 90001

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: 4/3/2024

   _____
   (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE) LESLIE KLEIN Debtor(s). | CHAPTER 11 ADVERSARY NO.: 2:23-ap-01153-SK |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on __2/16/2024__,

in favor of __Robert & Esther Mermelstein__ and against __Leslie Klein__

for  $ __21,737,740.70__  Principal,

$ __279,910.63__  Interest,  ($5,955.5454 per diem)

$ __0.00__  Attorney's Fees, and

$ __0.00__  Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __4-5-24__ (SEAL) day of __KATHLEEN J. CAMPBELL__

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Information regarding additional judgment debtors:
N/A

*Revised February 2010*