| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Olson 37630<br>EJOlsonLaw<br>301 East Colorado Boulevard, Suite 520<br>Pasadena, California 91101<br>T: 818-245-2246<br>C: 626-224-5619<br>E: Eric@EJOlsonLaw.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Leslie Klein

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Leslie Klein<br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01169-SK<br>*(if applicable)*<br>CHAPTER: 11 |
|---|---|
| Robert & Esther Mermelstein<br><br>           Plaintiff(s) *(if applicable)*.<br>           vs.<br><br>Leslie Klein<br><br><br><br>           Defendant(s) *(if applicable)*. | **AMENDED NOTICE OF APPEAL<br>AND STATEMENT OF<br>ELECTION (FRBP 8002(b)(3),(4))** |

### Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):  Leslie Klein

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other *(describe)*:

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other *(describe)*:

**Part 2:  Identify the subject of this appeal**

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:
    Order Denying Motion for Relief from Judgment including Reconsideration (FRBP 9024) or New Trial
    (FRBP 9023)

2.  State the date on which the judgment—or the appealable order or decree—was entered: 04/10/2024

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party:  Robert & Esther Mermelstein

    Attorney:
    Baruch C. Cohen
    4929 Wilshire Boulevard, Suite 940
    Los Angeles, California 90010
    323-937-4501

2.  Party:
    Attorney:

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X]  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

_____          Date: 04/23/2024
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



1  Baruch C. Cohen, Esq. (SBN 159455)
   LAW OFFICE OF BARUCH C. COHEN
2      A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
   Tel: (323) 937-4501   Fax: (888) 316-6107
4  email: baruchcohen@baruchcohenesq.com

5
   *Attorney For Plaintiffs / Judgment Creditors Robert & Esther Mermelstein*
6

**FILED & ENTERED**

**APR 10 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                 LOS ANGELES DIVISION

10

11  In re                              Case No. 2:23-bk-10990-SK

12  LESLIE KLEIN,                      Chapter 11

13      Debtor and Debtor in Possession,    Adv. No. 2:23-ap-01153-SK

14
    ROBERT & ESTHER MERMELSTEIN,      Hon.  Sandra R. Klein
15
        Plaintiffs / Judgment Creditors    **ORDER DENYING MOTION FOR RELIEF
16                                          FROM JUDGMENT INCLUDING
    vs.                                     RECONSIDERATION (FRBP 9024) OR
17                                          NEW TRIAL (FRBP 9023)**
    LESLIE KLEIN
18                                         Date: 4-10-2024
        Defendant                          Time: 9:00 a.m.
19                                          Place: 255 E. Temple Street, Los Angeles
                                           Courtroom: 1575
20

21

22

23

24

25  //

26  //

27  //

28

1   At the above-captioned time and place, the Honorable Sandra R. Klein, United States

2   Bankruptcy Judge, heard and considered the Defendant / Judgment Debtor Leslie Klein's

3   ("Klein") "Motion for Relief from Judgment Including Reconsideration (FRBP 9024) and/or

4   New Trial (FRBP 9023) . . ." ("Motion") [Docket #66] regarding the "Judgment for

5   Nondischargeability of Debt . . ." ("Judgment") [Docket #58] in the above-captioned adversary

6   proceeding.  The Court also considered "Robert & Esther Mermelstein's Opposition to Motion . .

7   ." ("Opposition") [Docket #69], the "Reply to Opposition" ("Reply") [Docket #70], and the

8   "Declaration re 'Late Filing' of Reply . . ." [Docket #71].

9   Baruch Cohen ("Cohen") appeared on behalf of Plaintiffs / Judgment Creditors Robert &

10  Esther Mermelstein ("Plaintiffs"). Eric Olson ("Olson") appeared on behalf of Klein who was

11  also present.

12  The Court, having considered the parties' pleadings, and the comments of Cohen and

13  Olson, the Court's oral rulings collectively constitute the findings required under Fed. R. Civ. P.

14  52(a)(1) made applicable by Fed. R. Bank. P. 7052, for the reasons stated on the record and for

15  good cause,

16  **IT IS ORDERED** that the Motion is **DENIED**.

17

18

19                              ###

20

21

22

23  Date: April 10, 2024

24                                          Sandra R. Klein
                                            United States Bankruptcy Judge

25

26

27

28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 East Colorado Boulevard, Suite 520, Pasadena, California 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _04/23/2024_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra Klein

U.S. Bankruptcy Court

255 East Temple Street #1582

Los Angeles, California 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_04/23/2024_    Jasper Pantaleon
*Date*         *Printed Name*                          *Signature*

| In re: LESLIE KLEIN | Chapter: 11 |
| Debtor(s) | Case No: 2:23-bk-10990-SK |
| ROBERT & ESTHER MERMELSTEIN | Adv. No: 2:23-ap-01153-SK |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Baruch C. Cohen    bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- Michael I. Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- Nikko Salvatore Stevens    nikko@cym.law, mandi@cym.law
- United States Trustee (LA) ustpregio16.la.ecf@usdoj.gov
- Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com

## II. SERVED BY U.S. MAIL – VIA U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street #1582
Los Angeles, California 90012

**SERVICE LIST**
**- 1 -**